**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

October 5, 2009

Clerk, U.S. Bankruptcy Court

RE: Mary L. Hindle
    Bankruptcy Case No. 1-08-4809
    Unclaimed Funds For: First Consumers Nat Bank
                         157 Technology Pkwy #900
                         Norcross GA 30092

Dear Clerk:

Enclosed herewith please find check No.753870 for $1,991.95 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager